No. 70–5112. WEBER *v.* AETNA CASUALTY & SURETY Co. ET AL. Sup. Ct. La. [Certiorari granted, 404 U. S. 821.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 71–224. SWENSON, WARDEN *v.* STIDHAM. C. A. 8th Cir. [Certiorari granted, 404 U. S. 1058.] Motion of respondent for appointment of counsel granted. It is ordered that Mark M. Hennelly, Esquire, of St. Louis, Missouri, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 71–247. RABE *v.* WASHINGTON. Sup. Ct. Wash. [Certiorari granted, 404 U. S. 909.] Motion of Morality in Media, Inc., for leave to file a brief as *amicus curiae* granted.

No. 71–404. COLTEN *v.* KENTUCKY. Appeal from Ct. App. Ky. [Probable jurisdiction noted, 404 U. S. 1014.] Motion of M. Curran Clem, Esquire, for leave to permit Robert W. Willmott, Jr., Esquire, to argue orally *pro hac vice* on behalf of appellee granted.

No. 71–801. COUNTY OF ALAMEDA ET AL. *v.* CALIFORNIA WELFARE RIGHTS ORGANIZATION ET AL. Appeal from Sup. Ct. Cal. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 71–834. McCLANAHAN *v.* ARIZONA TAX COMMISSION. Appeal from Ct. App. Ariz. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 71–5656. PHILPOTT ET AL. *v.* ESSEX COUNTY WELFARE BOARD. Sup. Ct. N. J. The Solicitor General is invited to file a brief in this case expressing the views of the United States.